

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roy Gene Jones, Jr., Appellant

No. 06-14-00100-CR     v.

The State of Texas, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 23163). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for lack of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Roy Gene Jones, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk